

DK. DIOGO
P.O. BOX 994
FULSHEAR
TX 77441

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/24/2015 11:24:18 AM
CHRISTOPHER A. PRINE
Clerk

NIXIE          774942049-1N          08/11/15

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

23123 CINCO RANCH
KATY, TX 77494